IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: |
| Plaintiff, | |
| v. | THREE-JUDGE COURT |
| CITY OF EARTH, TEXAS; and YVONNE LAYMAN, CHIEF ELECTION OFFICER, in her official capacity, | COMPLAINT  5-07CV0144-C |
| Defendants. | |

The United States of America, Plaintiff herein, alleges:

1.      The Attorney General of the United States hereby files this action to enforce the provisions of Section 203 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973b(f)(4), with respect to the conduct of elections in the CITY OF EARTH (the "CITY").

## JURISDICTION

2.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1345; 42 U.S.C. § 1973aa-2; and 28 U.S.C. § 2201. In accordance with the provisions of 42 U.S.C. § 1973aa-2 and 28 U.S.C. § 2284, the United States' claim brought under Section 203 of the Voting Rights Act of 1965, as amended ("Section 203"), must be heard and determined by a court of three judges.

3.      Venue is proper in this court as the events relevant to this action occurred in the County of Lamb, which is located in the United States District Court for the Northern District of Texas.

## PARTIES

4.      Defendant City is an independent political unit within the County of Lamb, and the State of Texas.

5.      Defendant City is responsible for the ordering and administration of elections pursuant to V. T. C. A., Election Code §§ 3.004(a)(3) and 4.002.

6.      Defendant YVONNE LAYMAN is the City's Chief Election Officer and responsible for administration of elections within the City.

## ALLEGATIONS

7.    According to the 2000 Census, the City had a total population of 1,109 of whom 587 (52.9%) were Hispanic.  The Census reported that Earth had a total voting age population of 765, of whom 366 (47.8%) were Hispanic.

8.    The Director of the Census has designated the County of Lamb as subject to the requirements of Section 203 of the Voting Rights Act for Spanish.   See 42 U.S.C. § 1973aa-1a(b)(2); see also 67 Fed. Reg. 48,871 (July 26, 2002).  As a political unit within the County of Lamb, Earth is also subject to the requirements of Section 203 for Spanish.  See 28 C.F.R. § 55.9.  The Census coverage determination is final and non-reviewable.  See 42 U.S.C. § 1973aa-1a(b)(4).

9.    Because Earth is subject to the requirements of Section 203, "any registration or voting notices, forms, instructions, assistance, or other materials or information relating to the electoral process, including ballots" that Defendants provide in English must also be furnished in Spanish. 42 U.S.C. § 1973aa-1a(c).

## CAUSE OF ACTION

10.    Plaintiff hereby alleges and incorporates by reference paragraphs one through nine above.

11.    Defendants have failed to provide complete and accurate Spanish translations of all election related materials produced in English.

12.    Defendants' failure to provide accurate Spanish language election information constitutes a violation of Section 203.

13.    Unless enjoined by this Court, Defendants will continue to violate Section 203 by failing to provide limited-English proficient citizens of Earth accurate and reliable Spanish language election information necessary for their effective political participation.

2

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that this Court enter an order:

1.      Declaring that Defendants have failed to provide accurate Spanish language election information necessary to those who require it, in violation of Section 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a; and,

2.      Ordering Defendants to implement a procedure to ensure that limited-English proficient Spanish speaking citizens are able to participate in all phases of the electoral process as required by Section 203, 42 U.S.C. § 1973aa-1a, by producing accurate Spanish translations of election related materials.

Plaintiff further prays that this Court order such additional relief as the interests of justice may require, together with the costs and disbursements in maintaining this action.

Dated: _July 16_ , 2007.


ALBERTO R. GONZALEZ
Attorney General


WAN J. KIM
Assistant Attorney General


RICHARD B. ROPER
United States Attorney
SCOTT FROST
Assistant United States Attorney
State Bar No. 07488080
Telephone: 806-472-7566
Facsimile: 806-472-7394


JOHN TANNER
Chief, Voting Section


SUSANA LORENZO-GIGUERE
Acting Deputy Chief
J. CHRISTIAN ADAMS
ERNEST A. MCFARLAND
Trial Attorneys
Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 7254- NWB
Washington, D.C.  20530
(202) 616-4227
j.christian.adams@usdoj.gov
ernest.a.mcfarland@usdoj.gov

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

5-07CV0144-C

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

## DEFENDANTS

CITY OF EARTH, TEXAS; and YVONNE LAYMAN, CHIEF ELECTION OFFICER, in her official capacity

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

E. Scott Frost, Assistant U.S. Attorney        806.472.7566
1205 Texas Avenue, Ste. 700, Lubbock, TX 79401

Attorneys (If Known)

Ann Manning, 1111 West Loop 289, Lubbock,TX79416 Tel:806.793.1711

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1   U.S. Government Plaintiff

☐ 2   U.S. Government Defendant

☐ 3   Federal Question
(U.S. Government Not a Party)

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☒ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1   Original Proceeding
☐ 2   Removed from State Court
☐ 3   Remanded from Appellate Court
☐ 4   Reinstated or Reopened
☐ 5   Transferred from another district (specify)
☐ 6   Multidistrict Litigation
☐ 7   Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**:

Brief description of cause: Violation of Sections 203 of the Voting Rights Act of 1965.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE   SAM R. CUMMINGS   DOCKET NUMBER _____

DATE   July 16, 2006

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____